**No. 43073.**—Protest 949680–G of Meadows Wye & Co., Inc. (New York).

Opinion by KEEFE, J. On the authority of *United States* v. *Dent* (15 Ct. Cust. Appls. 408, T. D. 42588) it was held that duty was illegally exacted on the seven pairs of shoes in question. The protest was therefore sustained.

**No. 43074.**—Protest 7840–K of Quong Yee Wo (New York).

Opinion by KEEFE, J. On the authority of Abstract 40933 the claim for free entry as joss stick under paragraph 1703 was sustained.

**No. 43075.**—Protests 951138–G, etc., of L. A. Salomon & Bro. et al. (Philadelphia, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

January 19, 1940

**No. 43076.**—Suit 4227.—▪▪▪▪—*United States* v. *Chas. Kalb, Inc., et al.* Abstracts 39901/3. Appeal dismissed December 6, 1939; not yet reported.

January 22, 1940

**No 43077.**—Suit 4295.—▪▪▪▪—*United States* v. *Ivan B. Dahl, Inc., et al.* C. D. 201. Appeal dismissed December 4, 1939; not yet reported.

BEFORE THE SECOND DIVISION, JANUARY 23, 1940

**No. 43078.**—Protests 952213–G, etc., of McKesson & Robbins, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43079.**—Protests 900723–G, etc., of Wm. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights plated with silver similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 50 percent under paragraph 339 was therefore sustained.